## CRIMINAL COMPLAINT
**(Submitted Electronically)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br><br>**Jesus Moises Ruiz, Jr.**<br>DOB: 1989; Unites States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>25-05301MJ |

Complaint for a violation of Title 18, United States Code, §§ 751(a) and 4082

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 19, 2025, at or near Tucson, in the District of Arizona, the defendant, **Jesus Moises Ruiz, Jr.**, did knowingly escape from the custody of Dismas Charities, an institutional facility located at 3443 S. Richey Blvd., Tucson, Arizona, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Arizona under case number CR-23-00385-001-TUC-SHR (LCK) upon conviction for the commission of Transportation of Illegal Aliens for Profit, in violation of Title 8, United States Code, §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i); all in violation of Title 18, United States Code, §§ 751(a) and 4082.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about November 13, 2023, **Jesus Moises RUIZ, JR.**, was sentenced to the custody of the Attorney General for a term of forty (40) months pursuant to his conviction for the commission of the offense of Transportation of Illegal Aliens for Profit, in violation of Title 8, United States Code, §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) under case number CR-23-00385-001-TUC-SHR (LCK) in the United States District Court for the District of Arizona. Pursuant to his 40-month commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, **Jesus Moises RUIZ, JR.** was designated to serve a portion of his sentence at Dismas Charities, an institutional facility, located at 3443 S. Richey Blvd., in Tucson, Arizona. **RUIZ, JR.** arrived on April 1, 2025, to Dismas Charities and was to be released on good time credit on December 22, 2025.

On July 19, 2025, at approximately 1:30 p.m., **RUIZ, JR.** was not in his assigned bunk during an accountability check. All attempts to locate **RUIZ, JR.** have been met with negative results. **RUIZ, JR.** was not given permission by Dismas Charities to leave the facility.

**RUIZ, JR.** was placed on escape status by the Bureau of Prisons. As of July 22, 2025, **RUIZ, JR.** has not returned to the Dismas Charities facility and his whereabouts are currently unknown.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | *Jacob Taylor*<br>OFFICIAL TITLE & NAME:<br>Deputy U.S. Marshal Jacob Taylor |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 22, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA R. Arellano